IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALADIER FITZGERALD MONTUE, JR.,

    Petitioner,                     No. CIV S-08-2397 EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.               ORDER TO SHOW CAUSE

_____/

       Petitioner is a state prisoner proceeding through counsel with a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

       On October 10, 2008, the Clerk served upon petitioner the form Consent to Proceed Before a United States Magistrate Judge. *See* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). Petitioner was directed to return the form executed with either a consent to proceed before the assigned magistrate judge or request assignment to a district judge. The time expired and petitioner failed to return the consent form.

       Accordingly, on January 8, 2009, the Clerk served another copy of the consent form on counsel for petitioner and warned counsel that: "Failure to file the form within 30 days may result in the issuance of an order to show cause." Notice, filed Jan. 8, 2009, at 1:22-23. Counsel for petitioner has once again failed to return the consent form.

////

////

1

Accordingly, counsel is hereby ordered to SHOW CAUSE within fifteen days why sanctions should not issue for his failure to comply. *See* Fed. R. Civ. P. 41(b); Rule 11, Rules Governing § 2254 Cases; L. R. 11-110.

DATED: March 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE