IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALADIER FITZGERALD MONTUE, JR.,

    Petitioner,                      No. CIV S-08-2397 EFB P

    vs.

D.K. SISTO, Warden,

    Respondent.                <u>ORDER</u>

                                     /

      Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 16, 2009, when counsel for petitioner failed to timely return the form Order for Consent or Request for Reassignment, the court issued an order to show cause why sanctions should not issue. On March 24, 2009, petitioner's counsel filed the required form and, on March 25, 2009, filed a response to the order to show cause.

      Good cause appearing, the court's March 16, 2009, order to show cause is discharged.

Dated: April 22, 2009.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE